UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KARI CROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. _____ |
| FASTENAL COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF REMOVAL

Defendant, Fastenal Company ("Fastenal"), pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, through its undersigned counsel, respectfully submits this Notice of Removal for the purpose of removing the above-captioned action from the Chancery Court for Davidson County, Tennessee to the United States District Court for the Middle District of Tennessee. As grounds for this Notice of Removal, Fastenal states as follows:

1. On August 4, 2021, Plaintiff, Kari Cross, filed a Complaint (the "Complaint") commencing the action styled *Kari Cross. v. Fastenal Company* in the Chancery Court of Davidson County, Tennessee, Case No. 21-0744-I. A copy of the Summons and Complaint that Fastenal received is collectively attached hereto and marked **Exhibit A**.

2. Defendant Fastenal was served with process on August 17, 2021, a date less than thirty (30) days before the filing of this Notice of Removal.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court by Fastenal pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

4. This action is removable on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1). Indeed, diversity is shown on the face of the Complaint.

5. Plaintiff's Complaint reflects that she is a resident and citizen of Cookeville, Tennessee. (*See* Compl. ¶ 1).

6. The Complaint further pleads that Fastenal is a Minnesota corporation, with its corporate office in that state. (*See id.* ¶ 2).

7. Indeed, Fastenal is an entity with its principal place of business in Minnesota, incorporated under the laws of Minnesota. Attached hereto as **Exhibit B** is a true and correct of Fastenal Company's most recent Annual Report filed with the Tennessee Secretary of State, which evidences that Defendant's place of incorporation and principal place of business are in Minnesota. Accordingly, Defendant is a citizen of Minnesota.

8. Jurisdictional amount is also present. The face of the Complaint reveals that the amount in controversy exceeds $75,000. The Complaint's ad dammum clause states that the Plaintiff is seeking $500,000 in damages, plus attorneys' fees and costs. (*See id.* at p. 6).

9. Based upon the foregoing, this action is subject to removal pursuant to 28 U.S.C. § 1441.

10. Specifically, Section 1441(a) specifies that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants to the district court of the United States for the district and division embracing the place where such action is pending." Thus, this action is properly removable.

11. This lawsuit has also been properly removed to this district court as 28 U.S.C. § 1446(a) specifies that the notice of removal shall be filed in the district court of the United States for the district and division within which such action is pending. Pursuant to 28 U.S.C. § 123(a)(1),

this district and division encompasses Davidson County, where the action was pending prior to removal.

12. Pursuant to 28 U.S.C. § 1446(d), Fastenal will promptly file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Davidson County, Tennessee, with a copy to be served on Plaintiff's counsel.

13. By removing this action to this Court, Fastenal does not waive any defenses, objections or motions available to it under state and federal law.

WHEREFORE, Fastenal, pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully submits, based upon the allegations set forth in this Notice of Removal, that this action is properly removed and requests that this Court retain jurisdiction over this action.

Dated this the 14th day of September 2021.

Respectfully submitted,

*/s/ Jonathan O. Harris*
Jonathan O. Harris, TN Bar No. 021508
Erin A. Shackelford, TN Bar No. 034788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908
jon.harris@ogletree.com
erin.shackelford@ogletree.com

**ATTORNEYS FOR DEFENDANT FASTENAL CORPORATION**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2021, the foregoing was filed electronically with the Clerk of the Court to be served via U.S. Mail, *postage pre-paid,* upon the following:

Mathew R. Zenner
Zenner Law, PLLC
320 Seven Springs Way, Suite 250
Brentwood, TN 37027
*Attorneys for Plaintiff*

               */s/ Jonathan O. Harris*

48359484.1